# Exhibit A



March 28, 2012

*Via First Class Mail*

Jason Kotzker, Esq.
Kotzker Law Group
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163

Re: *Malibu Media, LLC v. Does 1-13*
<u>Civil Action No.: 2;12-cv-01156-JFB-ETB</u>

Dear Mr. Kelly:

This letter responds to the enclosed subpoena requesting subscriber information from Optimum Voice, a cable modem service provided by CSC Holdings, LLC ("Cablevision") via a cable television system. Kindly note, service by facsimile transmission will not be accepted.

Cable operators may not disclose subscriber personally identifiable information except pursuant to a court order authorizing such disclosure. Cable Communications Policy Act of 1984, § 551(c)(2)(B). Therefore, we are prohibited by law from producing the records you requested in the subpoena. Please note that an acceptable court order <u>*must*</u> include the following information:

- **The IP address information that you seek (i.e. IP address 123.123.123.123, <u>*date, time and time zone*</u>); and**
- **Direct Cablevision to disclose the subscriber's personally identifiable information pursuant to 47 U.S.C. § 551(c)(2)(B).**

Additionally, the Cable Act requires Cablevision to provide advance notice of a court order to its subscribers. Accordingly, should you decide to seek a court order, the return date for compliance under the order should allow Cablevision at least five (5) additional business days to serve notice upon the subscriber and to comply with the order.

Jason Kotzker, Esq.
Kotzker Law Group
Page 2 of 2
March 28, 2012

      Please be advised that Cablevision reserves the right to obtain reimbursement of our reasonable costs ($70.00 per IP, fees subject to change) associated with the production of such records. Further, receipt of your court order does not guarantee retrieval of the information you have requested.

      Please contact me at 516-803-3917 if you have any questions regarding this matter.

                                  CSC Holdings, LLC

                                  *John Ma*
                                  Paralegal

Enclosure

125509