UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 10 )<br>)<br>Defendants. )<br>_____) | AFFIDAVIT OF ANNE CHEUNG<br><br>CV 12-1146 |
| MALIBU MEDIA, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DOES 1 – 13 )<br>)<br>Defendants. )<br>_____) | AFFIDAVIT OF ANNE CHEUNG<br><br>CV 12-1156 |

I, Anne Cheung, under penalty of perjury, hereby declare and say:

1. I am over the age of eighteen (18) years and am fully competent to sign this declaration, and I have personal knowledge of the facts stated herein.

2. I have been employed by Cablevision Systems Corporation ("Cablevision"), as Assistant Counsel, in Cablevision's Legal Department and have been responsible for responding to legal process since 2011.

3. Cablevision has no record of being served with the Motions for Order to Show Cause filed in *Malibu Media, LLC v. Does 1-10,* CV 12-1146 and *Malibu Media, LLC v. Does 1-13,* CV 12-1156.

4.  After receiving the Court's Orders to Show Cause in the above-captioned matters and having further reviewed the June 19, 2012 Order issued in *Malibu Media, LLC v. Does 1-13*, CV 12-1156, Cablevision commenced the notification process for its subscribers.

5.  Cablevision will produce the requested information for the above captioned matters as early as October 8, 2012 and no later than October 12, 2012.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of September, 2012

_____
Anne Cheung