UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
:
MALIBU MEDIA, LLC,                                              :
                                                                :
                              Plaintiff,            :  Civil Action No. 2:12-cv-01146-JS-ETB
                                                                :
                   vs.                               :
                                                                :
JOHN DOES 1-10,                                                 :
                                                                :
                             Defendants.           :
                                                                :
----------------------------------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE OF JOHN DOES 1, 2, 3 AND 4**

      **PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendants, John Does 1, 2, 3 and 4 ("Defendants") from this action <u>without prejudice</u>. Defendants were assigned the IP addresses 68.195.26.66, 69.122.137.82, 69.124.34.209 and 69.127.163.77, respectively. Plaintiff recently received the identifying information for these defendants, and is unable to proper service of process for these Defendants. Plaintiff will further investigate the information received by the internet service providers and will re-file against Defendant if deems necessary. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

      Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

      Dated: October 26, 2012

          Respectfully submitted,

          By: /s/*Jason Kotzker*
          Jason Kotzker, Esq.
          NY Bar No. 4286829
          jason@klgip.com
          KOTZKER LAW GROUP
          9609 S. University Blvd., #632134
          Highlands Ranch, CO 80163
          Phone: 303-875-5386
          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on October 26, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

          /s/ *Jason Kotzker*
          Jason Kotzker